ALFRED L. FOLLENDER, Appellant, *v.* HYMAN MERL et al.,
Doing Business under the Name of MERL BROS., et al.,
Defendants, and HYMAN MERL et al., Respondents.

(Argued January 9, 1935; decided January 24, 1935.)

*Hugo Pollock* for appellant.
*Isadore Rothenberg* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.